IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD C. ANKELE, | CIVIL NO. 04-743-ST |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND REMANDING |
| v. | FOR AWARD OF BENEFITS |
| JOANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

**MOSMAN, J.,**

On May 5, 2005, Magistrate Judge Stewart issued Findings and Recommendation (docket #15) in the above-captioned case recommending the Commissioner's decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of disability benefits. No objection was received.

After de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b), the court ADOPTS the Findings and Recommendation that reverses and remands the Commissioner and awards disability benefits consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED: Portland, Oregon, June ___7___, 2005.

_____
MICHAEL W. MOSMAN
United States District Judge