KAREN STOLZBERG, OSB #83092
kstolzberg@juno.com
4370 N.E. Halsey Street
Portland, Oregon 97213
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

FILED'06 NOV 01 16:09USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RICHARD C. ANKELE**             Civil No. CV 04-743-ST

        Plaintiff,             ORDER AUTHORIZING 406(b) FEES

vs.

**JOANNE B. BARNHART**,
Commissioner, Social Security
Administration,

        Defendant.

      Pursuant to 42 U.S.C. 406 (b), reasonable attorney fees in the amount of $6572.65 are hereby awarded to Plaintiff's attorney, Karen Stolzberg. Previously, this court awarded Ms. Stolzberg $5600.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). When issuing the 406(b) check, therefore, the agency is directed to subtract the amount previously awarded under the EAJA and to send to Ms. Stolzberg the balance of **$972.65**. Any withheld amount then remaining should be released to plaintiff as soon as practicable.

      IT SO ORDERED. Dated this \_\_1st\_\_ day of ~~October~~ Nov., 2006.

                                                    /s/ Michael W. Mosman
                                                  District Court Judge

Order for Attorney Fees Under 42 USC 406(B)
Page 1